IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2629-AP

SUSAN PRYOR,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

    <u>For Plaintiff</u>:

    Feliz M. Martone
    Martone Law Firm, P.A.
    111 Lomas NW, Suite 500
    Albuquerque, NM 87102
    (505)883-1260
    (505)837-2512 (Facsimile)

    <u>For Defendant</u>:

    Kevin T. Traskos
    Deputy Chief, Civil Division
    United States Attorney's Office
    1775 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (Facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** December 18, 2007

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** December 21, 2007

    C.    **Date Answer and Administrative Record Were Filed:** February 19, 2007 (Answer) and February 20, 2007 (Administrative Record)

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Record appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties agree that the this case does not involve any unusually complicated or out-of-the ordinary claims.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** April 21, 2008

    B.    **Defendant's Response Brief Due:** May 21, 2008

    C.    **Plaintiff's Reply Brief (If Any) Due:** June 5, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    ( X ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    ( ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 6th day of March, 2008.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| MARTONE LAW FIRM, P.A. | TROY A. EID<br>UNITED STATES ATTORNEY |
| */s Feliz M. Martone*<br>Feliz M. Martone<br>Martone Law Firm, P.A.<br>111 Lomas NW, Suite 500<br>Albuquerque, NM 87102<br>fmmartone@gmail.com;<br>martone@swcp.com<br>Telephone: (505)883-1260<br>Facsimile: (505)837-2512<br><br>**Attorney for Plaintiff** | *s/Kevin T. Traskos*<br>Kevin T. Traskos<br>Assistant United States Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>Kevin.traskos@usdoj.gov<br>Telephone: (303) 454-0100<br>Facsimile: (303) 454-0404<br><br>**Attorney for Defendant** |