IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02629-RPM,

SUSAN PRYOR,

  Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,

  Defendant.
_____

ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412
_____

  Upon consideration of the parties' stipulated motion, dated August 28, 2009, for an award of

attorney fees pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C. §2412(d), it is

  ORDERED that:

  1.  The stipulation for attorney fees pursuant to the EAJA is approved, and Defendant is

ordered to pay the amount of $5,000.00 to Plaintiff for attorney fees pursuant to the EAJA;

  2.  payment of the $5,000.00 shall constitute a complete release from and bar to any

claims Plaintiff may have relating to EAJA costs and fees in connection with this action; and

  3.  this award is without prejudice to the right of Plaintiff's counsel to seek attorney fees

under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the

EAJA.

  DATED this 31st day of August, 2009.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge